***E-Filed 1/6 /11***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD HASBROUCK, | No. C 10-03793 RS |
| Plaintiff, | |
| v. | **CASE MANAGEMENT SCHEDULING ORDER** |
| U.S. CUSTOMS AND BORDER PROTECTION, | |
| Defendant. | |

Pursuant to the Federal Rule of Civil Procedure 16, the parties attended a Case Management Conference on January 6, 2011. After considering the Joint Case Management Statement submitted by the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management Conference shall be held on **March 17, 2011 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference. Parties or counsel may appear personally or file a request to appear by telephone. If any party files such a request, all parties shall appear telephonically and must contact Court Conference at 866/582-6878 at

least one week prior to the Conference.

**IT IS SO ORDERED.**

Dated: 1/6/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE