1 | James R. Wheaton, SBN 115230
David A. Greene, SBN 160107
2 | FIRST AMENDMENT PROJECT
California Building
3 | 1736 Franklin Street, Ninth Floor
Oakland, CA 94612
4 | Phone: (510) 208-7744
Facsimile: (510) 208-4562
5 | wheaton@thefirstamendment.org
dgreene@thefirstamendment.org
6 |

7 | Attorneys for Plaintiff EDWARD HASBROUCK

8 | UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
9 |

Edward Hasbrouck                                   )   Case No. 3:10-cv-03793-RS
10 |                                                )
               Plaintiff,                          )   **JOINT STIPULATION AND
11 |          vs.                                   )   REQUEST FOR SPECIAL SET
                                                   )   HEARING**
12 | U.S. Customs and Border Protection             )
                                                   )   Date: March 17, 2011
13 |           Defendants.                          )   Time: 10:00 a.m.
                                                   )   Judge:  Richard Seeborg
14 |                                                )
                                                   )
15 |                                                )
                                                   )
16 |                                                )

17 |       Plaintiff EDWARD HASBROUCK and Defendants U.S. CUSTOMS AND BORDER

18 | PROTECTION, through counsel, hereby Stipulate and jointly Request from the Court a Special Set

19 | Hearing Time of 11:45 a.m. for the Case Management Conference scheduled on March 17th, 2011.

20 | The special time setting is necessary because Plaintiff's counsel is an adjunct professor at University

21 | of San Francisco School of Law and is scheduled to be in class until 10:20 A.M.

22 |

23 | Date: February 28, 2011         By:        _____/s/_____   _____

24 |                                            David Greene

25 |                                            FIRST AMENDMENT PROJECT

26 |                                            Attorney for Plaintiff

27 |

28 |

**JOINT STIPULATION AND REQUEST FOR SPECIAL SET HEARING**          **1**

1

2    Date: February 28, 2011          By:        _____/s/_____

3                                            Neill Tseng

4                                            Attorney for Defendants

5                                            U.S. CUSTOMS AND BORDER PROTECTION

6

7

8    Request Granted.

9      3/2/11
     _____          _____

10                                           RICHARD SEEBORG

11                                           UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28