*E-Filed 3/17/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD HASBROUCK, | No. C 10-03793 RS |
| Plaintiff, | |
| v. | **CASE MANAGEMENT SCHEDULING ORDER** |
| U.S. CUSTOMS AND BORDER PROTECTION, | |
| Defendant. | |

Pursuant to the Federal Rule of Civil Procedure 16, the parties attended a Case Management Conference on March 17, 2011. After considering the Joint Case Management Statement submitted by the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. DISCOVERY.

Discovery shall be limited as follows: plaintiff may propound up to three requests for admission to defendant.

2. PRETRIAL MOTIONS. All pretrial motions must be filed and served pursuant to Civil Local Rule 7. All pretrial motions shall be heard no later than July 14, 2011.

CASE MANAGEMENT SCHEDULING ORDER
No. C 10-3793 RS

**IT IS SO ORDERED.**

Dated: 3/17/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE