*E-Filed 4/1/11*

JAMES R. WHEATON (SBN 115230)
DAVID A. GREENE (SBN 160107)
1736 Franklin Street, Ninth Floor
Oakland, CA 94612
Telephone: (510) 208-7744
Facsimile: (510) 208-4562
wheaton@thefirstamendment.org
dgreene@thefirstamendment.org

MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
NEILL T. TSENG (CABN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    Fax: (415) 436-6927
    neill.tseng@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD HASBROUCK,<br><br>    Plaintiff,<br><br>vs.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>    Defendant. | Case No.: C 10-03793 RS<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE; [PROPOSED] ORDER** |

    Subject to the approval of the Court, the parties hereby stipulate to the following case management and briefing schedule:

    **4/21/11**: Defendant provides preliminary Vaughn index to Plaintiff

    **5/26/11**: Defendant files motion for summary judgment ("MSJ") (25-page limit)

STIPULATION REGARDING BRIEFING SCHEDULE; [PROPOSED] ORDER
C 10-03793 RS                   1

**6/16/11**: Plaintiff files opposition to Defendant's MSJ and Plaintiff's cross-MSJ (one brief, 25-page limit)

**7/7/11**: Defendant files reply for Defendant's MSJ and opposition to Plaintiff's cross-MSJ (one brief, 25-page limit)

**7/21/11**: Plaintiff files reply for Plaintiff's cross-MSJ (15-page limit)

**8/4/11**: Hearing on Defendant's MSJ and Plaintiff's cross-MSJ

The parties recognize that the hearing date falls outside the deadline of July 14, 2011, set by the Court in its Case Management Scheduling Order (Doc. #25). However, Plaintiff has requested additional time to complete the briefing and Defendant does not object.

FIRST AMENDMENT PROJECT

DATED:                By: _____
                            DAVID GREENE
                            Attorney for Plaintiff

MELINDA HAAG
United States Attorney

DATED: 4/1/11         By: _____
                            NEILL T. TSENG
                            Assistant United States Attorney
                            Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: 4/1/11         _____
                      HONORABLE RICHARD SEEBORG
                      UNITED STATES DISTRICT JUDGE