*E-Filed 5/25/11*

JAMES R. WHEATON (SBN 115230)
DAVID A. GREENE (SBN 160107)
1736 Franklin Street, Ninth Floor
Oakland, CA 94612
Telephone: (510) 208-7744
Facsimile: (510) 208-4562
wheaton@thefirstamendment.org
dgreene@thefirstamendment.org

Attorneys for Plaintiff
EDWARD HASBROUCK

MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
NEILL T. TSENG (CABN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    Fax: (415) 436-6927
    neill.tseng@usdoj.gov

Attorneys for Defendant
U.S. CUSTOMS AND BORDER PROTECTION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD HASBROUCK,<br><br>    Plaintiff,<br><br>vs.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>    Defendant. | Case No.: C 10-03793 RS<br><br>**STIPULATION REGARDING MODIFIED BRIEFING SCHEDULE AND HEARING DATE; [PROPOSED] ORDER** |

    Subject to the approval of the Court, the parties hereby stipulate to modify the briefing schedule and hearing date on the parties' cross-motions for summary judgment as set forth below. The parties have agreed to and request this modification because, as a result of the preliminary Vaughn index which defendant provided to plaintiff and the subsequent meet-and-

confer, the parties are in the process of following up with each other and further meeting and conferring in a continuing effort to narrow the issues to be decided by the Court. The parties' meet-and-confer to date has already resulted in the narrowing of certain issues, and with the additional time provided by the modified briefing schedule below, the parties believe their continued efforts may result in the further narrowing of issues to be briefed, thereby saving the Court and the parties time and resources.

The modified briefing schedule and hearing date is as follows:

**6/3/11**: Defendant files motion for summary judgment ("MSJ") (25-page limit)

**6/24/11**: Plaintiff files opposition to Defendant's MSJ and Plaintiff's cross-MSJ (one brief, 25-page limit)

**7/15/11**: Defendant files reply for Defendant's MSJ and opposition to Plaintiff's cross-MSJ (one brief, 25-page limit)

**7/29/11**: Plaintiff files reply for Plaintiff's cross-MSJ (15-page limit)

**8/18/11**: Hearing on Defendant's MSJ and Plaintiff's cross-MSJ

        FIRST AMENDMENT PROJECT

DATED: May 19, 2011    By:    /s/ David Greene
        DAVID GREENE
        Attorney for Plaintiff

        MELINDA HAAG
        United States Attorney

DATED: May 19, 2011    By:    [signature]
        NEILL T. TSENG
        Assistant United States Attorney
        Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: 5/24/11

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE