1  DAVID A. GREENE (CABN 160107)
   LEILA C. KNOX (CABN 245999)
2  HOLME, ROBERTS & OWEN LLP
   560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   david.greene@hro.com
5
   JAMES R. WHEATON (CABN 115230)
6  FIRST AMENDMENT PROJECT
   1736 Franklin Street, Ninth Floor
7  Oakland, CA 94612
   Telephone: (510) 208-7744
8  Facsimile: (510) 208-4562
   wheaton@thefirstamendment.org
9
   Attorneys for Plaintiff
10 EDWARD HASBROUCK

11
   MELINDA HAAG (CABN 132612)
12 United States Attorney
   JOANN M. SWANSON (CABN 88143)
13 Chief, Civil Division
   NEILL T. TSENG (CABN 220348)
14 Assistant United States Attorney

15 450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
16 Telephone: (415) 436-7155
   Fax: (415) 436-6927
17 neill.tseng@usdoj.gov

18 Attorneys for Defendant
   U.S. CUSTOMS AND BORDER PROTECTION
19
                    UNITED STATES DISTRICT COURT
20
                   NORTHERN DISTRICT OF CALIFORNIA
21
                         SAN FRANCISCO DIVISION
22

23 EDWARD HASBROUCK,              ) Case No.: C 10-03793 RS
                                  )
24        Plaintiff,              ) **STIPULATION TO VACATE STANDBY**
                                  ) **CASE MANAGEMENT CONFERENCE;**
25    vs.                         ) **[PROPOSED] ORDER**
                                  )
26 U.S. CUSTOMS AND BORDER        )
   PROTECTION,                    )
27                                )
          Defendant.              )
28 _____ )

STIPULATION TO VACATE STANDBY CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
C 10-03793 RS                            1

Subject to the approval of the Court, the parties hereby stipulate to vacate the standby case management conference ("CMC") scheduled for September 29, 2011. It is the parties' understanding that a case management conference was to be held after the Court issued a ruling on the parties' cross-motions for summary judgment, and that September 29 was held for that purpose. Given that the hearing on the cross-motions was subsequently continued after the standby CMC was scheduled, and the Court has not yet issued its ruling on the cross-motions, the parties stipulate and request that the standby CMC scheduled for September 29, 2011, be vacated, to be rescheduled by the Court, if necessary, following the Court's order on the cross-motions for summary judgment.

HOLME, ROBERTS & OWEN LLP

DATED: September 21, 2011     By:     _____/s/_____
                                       DAVID GREENE
                                       Attorney for Plaintiff


                                       MELINDA HAAG
                                       United States Attorney


DATED: September 21, 2011     By:     _____/s/_____
                                       NEILL T. TSENG
                                       Assistant United States Attorney
                                       Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED:  9/21/11                        _____
                                       HONORABLE RICHARD SEEBORG
                                       UNITED STATES DISTRICT JUDGE

STIPULATION TO VACATE STANDBY CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
C 10-03793 RS                          2