DAVID A. GREENE (SBN 160107)
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, California 94105
Tel:  415.268.1974
Fax: 415.268.1999
David.Greene@bryancave.com

JAMES R. WHEATON (SBN 115230)
1736 Franklin Street, Ninth Floor
Oakland, CA 94612
Telephone: (510) 208-7744
Facsimile: (510) 208-4562
wheaton@thefirstamendment.org

Attorneys for Plaintiff
EDWARD HASBROUCK


MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
NEILL T. TSENG (CABN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    Fax: (415) 436-6927
    neill.tseng@usdoj.gov

Attorneys for Defendant
U.S. CUSTOMS AND BORDER PROTECTION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD HASBROUCK,<br><br>    Plaintiff,<br><br>vs.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>    Defendant. | Case No.: C 10-03793 RS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE;** [~~PROPOSED~~] **ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Edward Hasbrouck and defendant United States Customs and Border Protection hereby stipulate to dismiss with prejudice the above-captioned action, including all claims that were asserted therein. Each party will bear its own costs and attorneys fees.

FIRST AMENDMENT PROJECT

DATED: 7/13/12          By: _____
                            DAVID GREENE
                            Attorney for Plaintiff

MELINDA HAAG
United States Attorney

DATED: 7/13/12          By: _____
                            NEILL T. TSENG
                            Assistant United States Attorney
                            Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: 7/13/12

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER
C 10-03793 RS                    2